UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:19-CR-00764-JAR-NCC ) |
| DEMARIO R. HUNTER, KEOMBRA AURAY JAMES, and SURRAYAH HILL, | ) ) ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S
<u>NOTICE OF CAPITAL CRIMES REVIEW STATUS</u>**

Comes now the United States of America and respectfully informs this Court that, on September 19, 2019, a four-count indictment was filed against the above-named co-defendants. Counts One and Two charges all three defendants with a death penalty eligible offense. Accordingly, the United States is required to present a formal submission to the Attorney General's Capital Case Section providing, among other things, information related to the death-eligible charges against the co-defendants. That process is presently on-going.

The United States Attorney's Office for the Eastern District of Missouri will provide an updated notice in the next 45 days.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

<u>  s/Jason S. Dunkel                    </u>
JASON S. DUNKEL, #65886MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record.

                                           */s/ Jason S. Dunkel*  
                                           JASON S. DUNKEL, #65886MO  
                                           Assistant United States Attorney