UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19CR764 JAR/NCC ) |
| SURRAYAH HILL, | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Pretrial Motions (Docket No. 108) is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendant is granted to and including **March 22, 2021,** in which to file pretrial motions or a waiver of such motions.  The government shall have until **March 29, 2021,** in which to respond to any motions filed by the defendant.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing will be set upon further order of the Court.

Pursuant to the Order of the Chief Judge of the Eastern District of Missouri, In Re Court Operations Due to COVID-19 Response, entered December 15, 2020; and for the reasons set out in the defendant's motion, the undersigned finds that to deny defendant's request for such additional time would deny counsel for the defendant the reasonable time necessary for effective investigation and preparation of pretrial motions.  Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting defendant's request for

additional time outweigh the best interest of the public and the defendant in a speedy trial, the additional time is granted to defendant to investigate and prepare pretrial motions or a waiver notice and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

          /s/ Noelle C. Collins
          NOELLE C. COLLINS
          UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of January, 2021.