**From:** Ami Amore' <​██████████@gmail.com>
**Sent:** Wednesday, December 15, 2021 1:39 AM
**To:** Michels, Sarah (USAMOE) <██████@usa.doj.gov>
**Subject:** [EXTERNAL] Witness Impact Statement for The Case Involving Anthony Sapone AMY SPRANDEL

You'll never want to experience the feeling of seeing your loved one's life taken away, trying to bring them back and having them take their last breath in your arms, then getting robbed of an ambulance ride to the hospital with them. It cuts deep to the root of your soul and tears your heart out. How does one live without a heart? I'm still trying to find the answer to that question.
Since March 2019, I have gone through a lot of changes and feelings. In the early stages, I laid in bed for months hoping I'd die or wondering why it couldn't have been me or wondering if I could have done anything differently to save my beloved, Anthony. I even went so far as to learn how to tie a noose so I could jump off the ledge of my second floor and hang myself. I couldn't work for months and became reclusive and unreliable. I learned a lot during this time, like who my real friends are and that our society is not equipped to effectively handle grief and that life's too short to spend energy on things I can not change.

Besides losing my love that night, I got, in return, a grief so heavy, it felt like I was being suffocated. Grief is like a virus that just doesn't go away. It sneaks up on you for any or no reason at all. There is not a day that goes by that I don't miss him. There is also not a day that goes by where I replay the events of that night in my head, your faces and the sound of your gunshot, me calling 911 and all the events that followed. Was all this necessary? For what / - A cell phone and a wallet with no cash? Was it really worth it Demario? I hope in my heart that you feel remorse, but regardless - what is done is done.

Many times, I have wondered about you and if you are a victim of a broken system, coerced into a life of crime because that's all you know? Maybe you didn't have the right opportunities in life? Or are you just a defective human with no respect for the life of another. I want to believe you are an inherently good person, who made some bad choices in life and that you did not intend to pull the trigger and kill anyone that night, but you picked the wrong people. I want to believe that you care about all the lives you have affected, not just in my life, but your own with your family, friends and lets not forget your two accomplices that night, Only you know.

We are all dealt different hands in life that may seem unfair and things are real tough at times. Whether we can see it or not, we always have a choice, we can not choose what other people do, say or think. We can control our own thoughts, actions and feelings. We all make choices in our lives, some are good and some aren't. There are always consequences for our choices whether they be good or bad.

I know nobody will understand this, but my choice here is to forgive you for what you did. Not for you, but for me. It takes too much valuable energy to hold onto hate and anger. It's still inexcusable and I do still hope you will plead guilty and use that time to work on yourself and be the best human you can be.

Many times, I have wondered about you and if you are a victim of a broken system, coerced into a life of crime because that's all you know? Or are you just a defective human with no respect for the life of another. I want to believe you are an inherently good person, who made some bad choices in life and that you did not intend to pull the trigger and kill anyone that night, but you picked the wrong people. I want to believe that you care about all the lives you have affected, not just in my life, but your own with your family, friends and lets not forget your two accomplices that night, Only you know.

I hope that you see how your actions affect the lives of many and that you will plea guilty and DO BETTER.
--
Kindest Regards,
Ami Amore'